# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 15-41375

————

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

CANDIDO PEREZ-CONDE,

Defendant–Appellant.

United States Court of Appeals
Fifth Circuit

**FILED**

July 12, 2018

Lyle W. Cayce
Clerk

————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:15-CR-743-1

————

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The appeal is dismissed as MOOT.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.